**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Douglas Shawn'ta Turner, Appellant.

Appellate Case No. 2023-000116

———

Appeal From Abbeville County
R. Scott Sprouse, Circuit Court Judge,

———

Unpublished Opinion No. 2024-UP-346
Submitted September 1, 2024 – Filed October 9, 2024

———

**APPEAL DISMISSED**

———

Appellate Defender Jessica M. Saxon, of Columbia, and
Douglas Shawn'ta Turner, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Mark Reynolds
Farthing, both of Columbia, for Respondent.

———

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.